EDITH M. SEIDEL, RESPONDENT, v. THE BOARD OF EDUCATION OF VENTNOR CITY ET AL., APPELLANTS.

Argued May 22, 1933—Decided September 27, 1933.

For the respondent, *Arthur T. Vanderbilt.*

For the appellants, *Bolte & Tripician.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court, and reported in 110 *N. J. L.* 31.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.